IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIRGAS, INC., | : | CIVIL ACTION |
| | : | NO. 10-612 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CRAVATH, SWAINE & MOORE LLP | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **22nd** day of **February, 2010,** it is hereby **ORDERED** that Defendant's motion requesting the Court to abstain and/or stay consideration of Plaintiff's petition (doc. no. 4) is **GRANTED in part** and **DENIED in part.** The motion is granted to the extent that the case is stayed to allow the Delaware Court to determine whether Cravath is disqualified from representing Air Products in the Delaware Action. The motion to abstain is denied.

**IT IS FURTHER ORDERED** that a status and scheduling conference on this matter shall take place on **June 23, 2010, at 9:30 A.M.** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.[1]

---

[1] If the issue of disqualification is resolved by the Delaware Chancery Court earlier than 120 days from the date of this Order, either party may contact this Court and request that the case be returned to the active docket.

**IT IS FURTHER ORDERED** that Plaintiff's motion to disqualify counsel (doc. no. 18) is hereby **DENIED** without prejudice, as moot.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**