**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AIRGAS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> CRAVATH, SWAINE & MOORE LLP <br><br> Defendant. | CIVIL ACTION NO. 10-612 (ECR) |

**SUPPLEMENTAL DECLARATION OF ROBERT N. FELTOON IN FURTHER SUPPORT OF DEFENDANT CRAVATH, SWAINE & MOORE LLP'S MOTION FOR JUDGMENT ON THE PLEADINGS**

I, ROBERT N. FELTOON, hereby declare as follows:

1. I am an attorney admitted to practice before this Court and am a member of the law firm of Conrad O'Brien PC, which represents defendant Cravath, Swaine & Moore LLP ("Cravath") in the above-captioned action. I submit this declaration in further support of Cravath's Motion for Judgment on the Pleadings.

2. True and correct copies of the following exhibits cited in Cravath's reply memorandum of law are attached to hereto as follows:

| **Exhibit A** | February 9, 2010 Oral Argument Transcript in *Airgas, Inc. v. Cravath*, No. 10020857 (Pa. Ct. Com. Pl.) |
|---|---|
| **Exhibit B** | Supplemental Affidavit of Joseph C. Sullivan dated February 16, 2010 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2010

By:   s/*Robert N. Feltoon*
      Robert N. Feltoon (I.D. No. 58197)