IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIRGAS, INC., | : | CIVIL ACTION |
| | : | NO. 10-612 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CRAVATH, SWAINE & MOORE LLP | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this **3rd** day of **August, 2010,** it is hereby **ORDERED** that Defendant's motion for judgment on the pleadings (doc. no. 32) is **DENIED.**

**AND IT IS SO ORDERED.**

                                            S/Eduardo C. Robreno
                                      **EDUARDO C. ROBRENO, J.**