IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIRGAS, INC., | : | CIVIL ACTION |
| | : | NO. 10-612 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CRAVATH, SWAINE, & MOORE LLP | : | |
| | : | |
| Defendants. | : | |



### ORDER

**AND NOW**, this **15th** day of **October, 2010**, it is hereby **ORDERED** that an initial pretrial conference, pursuant to Fed. R. Civ. P. 16, shall be held on **December 20, 2010 at 11 a.m.** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

It is further **ORDERED** that parties shall conduct a conference pursuant to Fed. R. Civ. P. 26(f), provide initial disclosures pursuant to Fed. R. Civ. P. 26(a), and submit a 26(f) report to the Court on or before **December 13, 2010**.[1]

---

[1] The Court anticipates that parties will hold a 26(f) conference by November 15, 2010. Thereafter, it is expected that parties will promptly file their initial disclosures.

It is further **ORDERED** that all other discovery shall be stayed until the Court directs otherwise.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.