IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIRGAS, INC.<br>　　　　Plaintiff,<br><br>　　vs.<br><br>CRAVATH, SWAINE & MOORE LLP<br>　　　　Defendant. | CIVIL ACTION NO: 10-612 (ECR) |

## JOINT STIPULATION TO AMEND COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Airgas, Inc. ("Airgas") and Cravath, Swaine & Moore LLP ("Cravath"), that Airgas may file an Amended Complaint substantially in the form attached hereto. Cravath consents to the amendment pursuant to Fed.R.Civ.P. 15(a)(2). Cravath's consent shall not constitute waiver of any defenses Cravath may raise or of any rights Cravath may have to answer or otherwise respond to the Amended Complaint.

　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| **CONRAD O'BRIEN, P.C.** | **COZEN O'CONNOR** |
| By: /s/ Robert N. Feltoon<br>　　Nancy J. Gellman, Esquire<br>　　John A. Guernsey, Esquire<br>　　Robert N. Feltoon, Esquire<br>　　Nicholas M. Centrella, Esquire<br>　　1515 Market Street, 16th Floor<br>　　Philadelphia, PA 19102 | By: /s/ Jeffrey G. Weil<br>　　Stephen A. Cozen, Esquire<br>　　Jeffrey G. Weil, Esquire<br>　　Thomas G. Wilkinson, Jr., Esquire<br>　　1900 Market Street<br>　　Philadelphia, PA 19103<br>　　215-665-2000 |
| *Counsel for Defendant, Cravath, Swaine & Moore LLP* | *Counsel for Plaintiff, Airgas, Inc.* |

Approved

12/3/10

Approved and So Ordered this ___ day of December, 2010:

_____
Eduardo C. Robreno, J.