IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIRGAS, INC., | : | CIVIL ACTION |
| | : | NO. 10-612 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CRAVATH, SWAINE, & MOORE LLP | : | |
| | : | |
| Defendant. | : | |

**ORDER**

     **AND NOW**, this **20th** day of **October, 2010**, it is hereby **ORDERED** that, for the reasons stated on the record, Defendant's oral motion to stay is **DENIED** without prejudice.

     It is **FURTHER ORDERED** that the parties shall submit a joint discovery and case management plan in accordance with the criteria discussed by the Court.  In particular, the plan shall include protocol for handling privileged matter and electronic discovery.  This plan shall be submitted by **January 17, 2011.**

     It is **FURTHER ORDERED** that beginning on the date of this Order, the parties may commence written discovery in accordance with the Federal Rules of Civil Procedure.

It is **FURTHER ORDERED** that a status and scheduling conference is scheduled for **January 27, 2011, at 2 P.M.** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

    **AND IT IS SO ORDERED.**

                              S/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**