IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| AIRGAS, INC. <br>         Plaintiff, <br><br>         vs. <br><br> CRAVATH SWAINE & MOORE, LLP <br><br>         Defendant. | CIVIL ACTION NO: 10-612 (ECR) |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter my appearance as attorney of record on behalf of Plaintiff, Airgas, Inc., in the above-referenced matter.

**COZEN O'CONNOR**

/s/ Tamar S. Wise
Tamar S. Wise (Pa. ID 307851)
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Dated: February 15, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2011, I caused a true and correct copy of the foregoing Entry of Appearance to be filed and served electronically through the Court's Electronic Case Filing System on all counsel of record.

/s/ Tamar S. Wise