IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AIRGAS, INC.,                    :      CIVIL ACTION
                                 :      NO. 10-612
            Plaintiff,           :
                                 :
        v.                       :
                                 :
                                 :
CRAVATH, SWAINE, & MOORE LLP     :
                                 :
            Defendants.          :

**O R D E R**

AND NOW, this **23** day of **February 2011**, it is hereby Ordered
that status and scheduling conference previously scheduled on February
24, 2011 is hereby **RESCHEDULED on March 28, 2011 at 9:00 a.m.,** in
Courtroom 11A, United States Courthouse, 601 Market Street,
Philadelphia, Pennsylvania.

    ATTEST:                      or    BY THE COURT

    BY: s/Trudy Oliver        _____
    Deputy Clerk                         Judge

C.V. 12 (4/99)

xc: Stephen Cozen, Esquire
    Jeffrey Weil, Esquire
    Tamar Wise, Esquire
    Thomas Wilkinson, Esquire
    John Guernsey, Esquire
    Nancy Gellman, Esquire
    Nicholas Centrella, Esquire