IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AIRGAS, INC.,                          :      CIVIL ACTION
                                       :
                                       :
          v.                           :
                                       :
CRAVATH, SWAINE & MOORE, LLP,          :      NO. 10-612


# <u>O R D E R</u>

AND NOW, this **27** day of **April 2011**, it is hereby Ordered

that a telephone conference is **SCHEDULED on May 2, 2011 at 11:00 a.m.**,

to consider the Stipulated Protective Order.

It is further that counsel for Plaintiff shall initiate the

call to Chambers at 215.597.4073 when all parties are on the line.




    ATTEST:                      or     BY THE COURT



    BY:__s/Trudy Oliver_          _____
    Deputy Clerk                          Judge

C.V. 12 (4/99)

xc:  Stephen Cozen, Esquire
     Jeffrey Weil, Esquire
     Tamar Wise, Esquire
     Thomas Wilkinson, Esquire
     John Guernsey, Esquire
     Nancy Gellman, Esquire
     Nicholas Centrella, Esquire
     Robert Feltoon, Esquire