IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIRGAS, INC., | : | CIVIL ACTION |
| | : | NO. 10-612 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CRAVATH, SWAINE, & MOORE LLP | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **2nd** day of **May, 2011**, it is hereby **ORDERED** that the parties' Proposed Stipulated Protective Order, presented to the Court by letter on April 20, 2011, is disapproved for the reasons stated on the record.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**