IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIRGAS, INC. <br> Plaintiff, | : <br> : <br> : | CIVIL ACTION NO: 10-612 (ECR) |
| vs. | : <br> : | |
| CRAVATH, SWAINE & MOORE LLP <br> Defendant. | : <br> : <br> : | |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and among the Plaintiff, Airgas, Inc., and the Defendant, Cravath, Swaine & Moore LLP, that Plaintiff's claims shall be voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party agrees to bear its own attorneys' fees and costs.

COZEN O'CONNOR

BY: /s/ 
Stephen A. Cozen, Esquire
Jeffrey G. Weil, Esquire
Thomas G. Wilkinson, Jr., Esquire
1900 Market Street
Philadelphia, PA 19103
215-665-2000

Attorneys for Plaintiff

CONRAD O'BRIEN PC

BY: /s/
Nancy J. Gellman, Esquire
John A. Guernsey, Esquire
Robert N. Feltoon, Esquire
1515 Market Street, 16th Fl
Philadelphia, PA 19103
215-864-9600

Attorneys for Defendants